STATE OF MAINE  
PENOBSCOT, SS.

SUPERIOR COURT  
Docket No. RE-03-31

*Äy i . . |: . ə·. |*

| | |
|---|---|
| GORDON PELLETIER, et al., ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| ) | |
| LOWELL SMITH, ) | |
| Defendant. ) | |

FILE . ENTERED  
SUPERIOR COURT  
SEP 07 2005  
PENOBSCOT COUNTY

The case of Larrabee v. Town of Knox, 2000ME 15; 744 A.2d 544 (Me. 2000), provides (in no uncertain terms) that a court cannot dismiss a claim of a party because that a current party failed to join a necessary party.[1] It does not matter that the current party failed to request an opportunity to join the party. Rather, the court must order joinder – upon its own initiative – where the necessary party is susceptible to service of process. As that is the case here,[2] the court is without discretion to order anything except joinder.

Accordingly, that portion of the Court's' Judgment which deals with the Plaintiffs' Complaint is vacated. The Plaintiffs are ordered to file an amended Complaint adding Gloria Smith as a defendant. After service, the parties are directed to advise the court within thirty days whether further evidentiary hearings will be requested. In the absence of such, the court will render judgment upon the existing record.

The Clerk may incorporate this Order upon the docket by reference.

Dated: September 7, 2005

Andrew M. Mead  
JUSTICE, MAINE SUPERIOR COURT

---

[1] This court's Judgment of May 2, 2005, effectively operated as a dismissal of the Plaintiffs' equitable claims for relief.  
[2] Gloria Smith is available for service.

GORDON L PELLETIER  - PLAINTIFF
608 FULLER RD
HERMON ME 04401
Attorney for: GORDON L PELLETIER
TERENCE HARRIGAN  - RETAINED 11/21/2003
VAFIADES BROUNTAS & KOMINSKY
23 WATER STREET
PO BOX 919
BANGOR ME 04402-0919


SALLY PELLETIER  - PLAINTIFF
608 FULLER ROAD
HERMON ME 04401
Attorney for: SALLY PELLETIER
TERENCE HARRIGAN  - RETAINED 11/21/2003
VAFIADES BROUNTAS & KOMINSKY
23 WATER STREET
PO BOX 919
BANGOR ME 04402-0919


vs
LOWELL W SMITH  - DEFENDANT
338 WOODBRIDGE CORNER RD
SHERMAN ME 04775
Attorney for: LOWELL W SMITH
PATRICK HUNT  - RETAINED 12/02/2003
LAW OFFICE PATRICK E. HUNT
7 SHERMAN ST
PO BOX 130
ISLAND FALLS ME 04747

SUPERIOR COURT
PENOBSCOT, ss.
Docket No   BANSC-RE-2003-00031


**DOCKET RECORD**

Filing Document: COMPLAINT                    Minor Case Type: EQUITABLE REMEDIES
Filing Date: 11/21/2003

## Docket Events:

11/21/2003 FILING DOCUMENT - COMPLAINT FILED ON 11/21/2003
           (TITLE TO REAL ESTATE IS INVOLVED)   (EXHIBIT A ATTACHED)

11/24/2003 Party(s):  GORDON L PELLETIER
           ATTORNEY - RETAINED ENTERED ON 11/21/2003
           Plaintiff's Attorney: TERENCE HARRIGAN

11/24/2003 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 11/24/2003
           TO PLAINTIFF'S ATTORNEY.

11/24/2003 Party(s):  SALLY PELLETIER
           ATTORNEY - RETAINED ENTERED ON 11/21/2003
           Plaintiff's Attorney: TERENCE HARRIGAN

11/26/2003 Party(s):  LOWELL W SMITH
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 11/26/2003
           BY PLAINTIFF.

11/26/2003 Party(s):  LOWELL W SMITH